AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2022 APR -7 PM 3:50

CLERK
BY AL
DEPUTY CLERK

United States of America
v.
Jerry Banks

Case No. 5:22-mj-37-01-gwc

Defendant

## ARREST WARRANT

RCVD U.S. MARSHALS VT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jerry Banks,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

The unlawful seizure, confinement, inveigling, decoying, kidnapping, abduction, and carrying away, for reward and otherwise, GD, and in committing and in furtherance of the commission of the offense, travelling in interstate commerce and using a facility and instrumentality of interstate commerce, in violation of 18 U.S.C. § 1201.

Date: 03/30/2022

*Issuing officer's signature*

City and state: Rutland, Vermont

Hon. Geoffrey W. Crawford, Chief US District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3-31-22, and the person was arrested on *(date)* 4-6-22
at *(city and state)* Yellowstone, WY.

Date: 4-6-22

for FBI
*Arresting officer's signature*

John Curtis SDUSM
*Printed name and title*